

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 9 2015

CLERK, U.S. DISTRICT COURT
By_____
             Deputy

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**MINUTE ORDER**

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:15-CR-151-O |
| Defendants: | Jerry Curry (8), Alisha Fenney (10), Brian Harris (11), Leslie Moskowitz (16), Karlee Wilcox (24) and Eric Zuniga (25), sworn |
| Court Reporter: | Digital |
| Interpreter: | n/a |
| US attorney: | Shawn Smith |
| Defense attorney: | Henry Clark, Dewayne Huston, Don Davidson, Anthony Green, Erin Hendricks, Brett Boone |
| Time in Court: | 2 minutes |
| Judge: | Magistrate Judge Jeffrey Cureton |
| Date of hearing: | June 19, 2015 |
| Status: | Defts entered pleas of not guilty as to count one of the one-count indictment |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: